**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 24-1265

**Magistrate Case No. 9279653 (Class A)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| v. | ] | |
| **GARY E. HUNTER** | ] | **COMPLAINT**<br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **14th day of July 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**GARY E. HUNTER** did commit:

Possession of a weapon on a federal installation in violation of 18 U.S.C 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 14TH DAY OF NOVEMBER 2024.**

**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 03 September, 20 20 while exercising my duties as a law enforcement officer in the NJ-14 District of Ft. Dix

At 0743 hrs, I (A1C Cornforth, Christian 58CV1) was conducting routine Commercial Vehicle Inspections at the Commercial Vehicle Inspection Center (Checkpoint 9). I was inspecting a red in color 2019 Freight Liner Tractor Trailer, bearing Texas Registration R410991 / VIN: 3AKJHHDR0KSKX2965. During the inspection, I entered a clothes storage compartment in the sleeper area (behind the driver's seat). Upon examining the compartment door, I located a 9mm Taurus Millennium G2 handgun, Ser. # T6W72679 (black in color), 2 9mm (black in color) and 17 rounds (9mm) of ball ammunition and 51 rounds (9mm) of hollow point ammunition. Subsequently, the defendant was apprehended, handcuffed and searched incidental to Apprehension. An additional searched of the vehicle revealed 10 rounds (9mm) of ball ammunition and 9 rounds (9mm) of hollow point ammunition inside a Remington Ammunition box. The box was located in a table drawer, under a microwave oven, in the sleeper compartment (passenger side). For further information, refer to APJIS Report # 03SEP20-FF087-00510-11EAF.

CVB SCAN 10/05/2020 15:11

The foregoing statement is based upon:

X my personal observation ✓ my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/03/2020 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident